UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.R., et al.,<br><br>       Plaintiffs,<br><br>    -v.-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,<br><br>       Defendants. | 23 Civ. 3984 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  On May 18, 2023, Plaintiffs moved by order to show cause for a temporary restraining order and preliminary injunction. *See* ECF No. 8. It is hereby ORDERED that counsel for all parties appear for a conference with the Court on **May 23, 2023**, at **10:00 A.M.** in Courtroom 619 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, to address the motion and next steps, including, but not limited to, (1) a briefing schedule, (2) whether there is a need for limited discovery and/or an evidentiary hearing, and (3) whether any hearing should be consolidated with a trial on the merits pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure. The Hon. Edgardo Ramos, sitting as the Part I Judge, will preside over the conference.

  Counsel shall consult about the foregoing topics before the conference. In addition, Defendants are welcome, but not required, to submit a letter addressing Plaintiffs' motion before the conference.

  Plaintiffs shall promptly serve a copy of this Order on Defendants via email.

SO ORDERED.

Dated: May 19, 2023
       New York, New York

                                                                                   JENNIFER H. REARDEN
                                                                                     United States District Judge