UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.R., et al.,<br><br>                              Plaintiffs,<br><br>        –v–<br><br>NEW YORK CITY DEPARTMENT OF<br>EDUCATION, et al.,<br><br>                             Defendants. | **ORDER**<br><br>23-cv-3984 (ER) |

Ramos, D.J.:

On May 19, 2023, the Court scheduled a conference for May 23, 2023 at 10:00 a.m. with respect to Plaintiffs' motion for Preliminary Injunction.  Doc. 13.  The conference is hereby rescheduled to **May 23, 2023, at 9:30 A.M.** in Courtroom 619 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated:  May 22, 2023
        New York, New York

_____
        Edgardo Ramos, U.S.D.J.